**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

RIGOBERTO REYES,

        Petitioner,

      v.

PAMELA BONDI, *et al.*,

        Respondents.

Case No. 2:26-cv-00587-JAD-MDC

**TRANSFER ORDER**

This Petition for Writ of Habeas Corpus is related to a certified class action pending before Judge Richard F. Boulware, II in Case No. 2:25-cv-02136-RFB-MDC. The actions involve similar questions of fact and law, and assignment to the same district judge is likely to result in substantial savings of judicial effort. See LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. See LR 42-1(a)(5). Because the cases are related, assignment to the same judge is likely to result in substantial savings of judicial effort and reduce the duplication of labor. See FED. R. CIV. P. 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 2:26-cv-00587-JAD-MDC to the judge to whom the earliest-filed action is assigned for all further proceedings.

///

///

///

///

///

For the foregoing reasons, **IT IS HEREBY ORDERED** the Clerk of Court is kindly instructed to transfer Case No. 2:26-cv-00587-JAD-MDC to Judge Richard F. Boulware, II.

**IT IS FURTHER ORDERED** the Clerk of Court is instructed to administratively **RELATE** this matter to Case No. 2:25-cv-02136-RFB-MDC.

**DATED:** May 5, 2026

_____    _____

**RICHARD F. BOULWARE, II**    **JENNIFER A. DORSEY**
**UNITED STATES DISTRICT JUDGE**    **UNITED STATES DISTRICT JUDGE**